UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2025
```

NADINE BAYONNE,

                    Plaintiff,

-against-

PRIVILEGE UNDERWRITERS, INC. D/B/A PURE INSURANCE, and MARTIN LEITCH,

                    Defendants.

25-CV-3077 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

      Defendant has filed a Verified Answer, dated July 11, 2025 (ECF No. 11), to Plaintiff's Complaint, dated April 14, 2025 (ECF No. 1). Thus, the Court waives the Initial Pre-Trial Conference requirement and directs the parties to submit a proposed Case Management Plan and Scheduling Order (blank form attached hereto) by August 4, 2024.  After review and approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Andrew E. Krause for general pretrial purposes. The parties are directed to contact Judge Krause within seven (7) business days of the date of the Order of Reference to schedule a conference.

                                                                        SO ORDERED.

Dated:    July 15, 2025
             White Plains, New York

                                                     NELSON S. ROMÁN
                                              United States District Judge